# United States District Court

## for the

## Southern District of Mississippi

## Report on Offender Under Supervision

Name of Offender: Michael David Mann
        a/k/a Christopher J. Mann        Case Number: 1:02cr12WJG-JMR-001

Name of Sentencing Judicial Officer:    Honorable Walter J. Gex, III

Date of Original Sentence:    September 18, 2002

Original Offense:    Bank Fraud

Original Sentence:    24 months imprisonment (BOP) followed by five years supervised release; $8,908.88 restitution; drug aftercare; no new credit or additional lines of credit without the approval of the probation officer; and provide the probation officer with access to any requested financial information.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    December 1, 2003

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 7 | On July 12, 2006, the offender tested positive for marijuana. |

<u>U.S. Probation Officer Action:</u>  No action recommended. Random urinalysis testing will be increased and the probation office will continue to work with the offender to insure that he is compliant.

Respectfully submitted,

*s/Kurt Raymond*

by

*s/Lloyd M. Miller*
_____
SUSPO APPROVAL

Kurt Raymond
U.S. Probation Officer
Date: October 2, 2006

[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[X]    Agree with the Above Listed Action of the U.S. Probation Officer
[ ]    Other

*Walter J. Gex III*

Signature of Judicial Officer

Date:  October 2, 2006